First Spine Chiropractic of NY, P.C. v Nationwide Affinity Ins. Co. of Am.
(2022 NY Slip Op 51252(U))

[*1]

First Spine Chiropractic of NY, P.C. v Nationwide Affinity Ins.
Co. of Am.

2022 NY Slip Op 51252(U) [77 Misc 3d 133(A)]

Decided on December 2, 2022

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 2, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT,
CHEREÉ A. BUGGS, JJ

2021-790 K C

First Spine Chiropractic of NY,
P.C., as Assignee of Fabian, Angel, Appellant,
against
Nationwide Affinity Insurance Company of America,
Respondent. 

The Rybak Firm, PLLC (Damin J. Toell and Richard Rozhik of counsel), for appellant.
Hollander Legal Group , P.C. (Allan S. Hollander of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County
(Consuelo Mallafre Melendez, J.), entered December 30, 2020. The order granted
defendant's motion for summary judgment dismissing the complaint and denied
plaintiff's cross motion for summary judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff
appeals from an order of the Civil Court which granted defendant's motion for summary
judgment dismissing the complaint on the ground that plaintiff's assignor had failed to
appear for duly scheduled examinations under oath, and denied plaintiff's cross motion
for summary judgment.
Contrary to plaintiff's sole appellate contention with respect to defendant's motion
for summary judgment dismissing the complaint, the affidavits of defendant's claim
specialist and mailing manager were sufficient to establish, prima facie, that defendant
had timely denied plaintiff's claims (see St. Vincent's Hosp. of Richmond v Government Empls. Ins.
Co., 50 AD3d 1123 [2008]; JCC Med., P.C. v Lancer Ins. Co., 71 Misc 3d 140[A],
2021 NY Slip Op 50485[U] [*2][App Term, 2d Dept, 2d,
11th & 13th Jud Dists 2021]). In opposition, plaintiff failed to raise a triable issue of
fact. 
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and BUGGS, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 2, 2022